IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07-4050-CV-C-NKL |
| KYLE T. MCCUNE, | ) ) ) |
| Defendant. | ) ) |

## **DEFAULT JUDGMENT**

Upon plaintiff's motion for an entry of a default judgment against Kyle T. McCune and in favor of plaintiff, an Order was entered by this Court directing the defendant to explain in writing why plaintiff's motion for default judgment should not be granted. Defendant has failed to respond in writing as ordered.

Therefore, it is

ORDERED that a default judgment is hereby entered against defendant and in favor of plaintiff in the principal sum of $4,488.82, plus accrued interest of $211.68 to July 31, 2007, with interest at the rate of 3.82% per annum on the principal sum after July 31, 2007, to the date of judgment, and penalty charges in the amount of $133.25; with interest accruing on the total amount at the statutory rate, as provided by 28 U.S.C. § 1961(b) from the date of this judgment, together with plaintiff's costs in the amount of $350.00, as allowed pursuant to 28 U.S.C. §§ 1914(a), 1920, 1923 and 2412(a)(2).

SO ORDERED this 1st day of August, 2007.

                                                            s/ NANETTE K. LAUGHREY
                                                            Nanette K. Laughrey
                                                            United States District Judge